584 A.2d 248

STATE OF NEW JERSEY v. EVERETT MCGLOTTEN.

June 11, 1990.

Petition for certification denied.

584 A.2d 249

STATE OF NEW JERSEY v. RICHARD JEFFERSON.

June 11, 1990.

Petition for certification denied.

584 A.2d 249

STATE OF NEW JERSEY v. MICHAEL F. ALDRIDGE.

June 11, 1990.

Petition for certification denied.

584 A.2d 249

STATE OF NEW JERSEY v. DAVID STETSON.

June 11, 1990.

Petition for certification denied.